Cuny v. Dudley.

JUDITH ANN LEONARD CUNY *v.* CLARISSA DUDLEY.

| 6r 77 |
| 49 1650 |
| 6r 77 |
| 50 1218 |

Payment of the costs of the lower court by a defendant who has taken a devolutive appeal, is not such an execution of the judgment, as will take away the right of appeal. Payment of the costs might have been compelled by execution, the appeal not being suspensive.

A married woman, not separated from bed and board, cannot sue or be sued, without the authorization of her husband, or that of the Judge before whom the suit is brought. Nor can she appeal from a judgment rendered against her, without having been so authorized.

APPEAL from the District Court of Rapides, *King*, J.

*Flint* and *Thomas*, for the plaintiff.

*Harris*, for the appellant.

MARTIN, J. The dismissal of this appeal is asked on the affidavit of the counsel for the plaintiff and appellee, who attests, that the appellant has executed the judgment appealed from ; that she is a married woman, and was so at the time she obtained the ap-

pcal, and was not assisted by her husband, or authorized by the Judge in obtaining said appeal, and is not bound by the bond which she executed without his authority.

It is true, that she paid the costs in the court below; but her appeal is devolutive only, and the clerk might have compelled her, by an execution, to pay the costs.

It is not denied, that she is a married woman; and as such, she cannot stand in judgment, or institute a suit without the authorization of her husband, or that of the Judge.  It has been urged on her behalf, that the suit which terminated in the judgment appealed from, was brought against her while she was married, and that her husband was not made a party thereto.  If that be the case, she may be relieved by an appeal, or action of nullity; but the appeal, and the action of nullity, are both suits which she cannot institute without authorization.

*Appeal dismissed.*